TRUSTEES OF DURYEA PRESBYTERIAN CHURCH, a Religious Corporation, Respondent, v. THE CITY OF NEW YORK, Appellant.— In an action by a religious corporation to have certain taxes levied against its property adjudged to be void and to enjoin the collection thereof, judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston, and Taylor, JJ.

JACOB VINOKUR and Others, Doing Business as JACOB VINOKUR & SONS, Respondents, v. CHARLES E. CAVANAUGH, Appellant.— Action for slander. Order denying defendant's motion to dismiss the complaint pursuant to subdivision 3 of rule 107 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements, with leave to defendant to serve an answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

RAYMOND H. WEED, Appellant, v. ANDES CO-OPERATIVE DAIRY COMPANY, Respondent.— Order changing the place of trial from Orange county to Delaware county for the convenience of witnesses and to serve the ends of justice affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Adel and Close, JJ., concur.

RAYMOND H. WEED, Appellant, v. ANDES CO-OPERATIVE DAIRY COMPANY and FRED W. YOUMANS, Respondents.— In an action for malicious prosecution, order granting defendents' motion for summary judgment and denying the plaintiff's cross-motion for leave to serve a proposed amended complaint, and the judgments for defendants entered thereon, unanimously affirmed, with ten dollars costs and disbursements, on the authority of Hopkinson v. Lehigh Valley R. R. Co. (249 N. Y. 296) and Graham v. Buffalo General Laundries Corp. (261 id. 165). Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

## (April 30, 1937.)

JOSEPH C. GESSNER and JOHN D. ROSS, Appellants, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 777.] Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

In the Matter of the Presentment by the Grand Jury for the Extraordinary Special and Trial Term of the Supreme Court, Kings County, of Charges with Reference to Alleged Professional Misconduct of JOSEPH A. SOLOVEI, an Attorney, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston and Taylor, JJ.; Davis, J., not voting.